UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIERAN O'HARA, on behalf of himself and all other similarly situated individuals, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Civil Action No. 1:15-cv-14139-MLW |
| DIAGEO-GUINNESS, USA, INC.; & DIAGEO NORTH AMERICA, INC. | ) ) ) |
| Defendants. | ) ) ) |

## MOTION TO DISMISS

Defendants Diageo-Guinness, USA, Inc. and Diageo North America, Inc. (collectively, "Diageo") respectively move, pursuant to Rules 12(b)(1), 12(b)(6), and 23(d)(1)(D), to dismiss the Amended Complaint and to dismiss or strike the class allegations.

The grounds for this motion are set forth in the accompanying Memorandum of Law in Support of Motion to Dismiss.

WHEREFORE, Diageo respectfully requests that the Court dismiss the Amended Complaint and dismiss or strike the class allegations.

Dated: March 21, 2016

                                                    Respectfully submitted,

                                                    DIAGEO-GUINNESS, USA, INC. and DIAGEO
                                                    NORTH AMERICA, INC.,

                                                    By their attorneys,

                                                    /s/ Euripides D. Dalmanieras
                                                    Samuel A. Danon (*Pro Hac Vice*)
                                                    Douglas C. Dreier (*Pro Hac Vice*)

HUNTON & WILLIAMS, LLP
1111 Brickell Ave., Ste. 2500
Miami, FL 33131
305-810-2500
sdanon@hunton.com
ddreier@hunton.com
- & -
Euripides D. Dalmanieras (BBO# 650985)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA 02210-2600
617-832-1000
EDalmani@foleyhoag.com

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel have conferred and attempted in good faith to resolve or narrow the issues presented by this Motion to Dismiss.

/s/ Euripides D. Dalmanieras
Euripides D. Dalmanieras

## CERTIFICATE OF SERVICE

I, Euripides D. Dalmanieras, hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

/s/ Euripides D. Dalmanieras
Euripides D. Dalmanieras