UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KIERAN O'HARA, on behalf of himself and
all other similarly situated individuals,

    Plaintiff,

v.

DIAGEO BEER COMPANY USA & DIAGEO
NORTH AMERICA, INC.

    Defendants.

Case No. <u>15-14139</u>

## JOINT MOTION TO AMEND SCHEDULING ORDER

Plaintiff Kieran O'Hara ("O'Hara") and Defendants Diageo Beer Company USA & Diageo North America, Inc. ("collectively "Diageo") (O'Hara and Diageo collectively as "Parties") respectfully move the Court to amend the scheduling order. In support of this motion, the Parties state as follows:

On May 13, 2019, this Court adopted the Parties' Joint Proposed Scheduling Order. Since that time, the Parties have conferred and have agreed to mediation in order to attempt to resolve this matter. Mediation is currently scheduled for September 18 and 19, 2019. The Parties have a good faith belief that this matter may settle at mediation. Therefore, the Parties would prefer to wait until after the mediation to continue discovery and brief the class certification issues in this case.

The Parties proposed a revised Scheduling Order as follows:

| Event | Parties' Proposed Deadline |
|---|---|
| Parties to report to the Court regarding settlement attempts | No later than: <u>November 1, 2019</u> |
| Motion for Class Certification and any Expert Report(s) Supporting Class Certification | No later than: <u>January 24, 2020</u> |
| Deadline to Depose Plaintiff's Certification | Thirty (30) days from filing of a Class |

[Handwritten margin note:] to proceed on their proposed schedule. /s/ MCW, D.J. July 29, 2019

[Handwritten at bottom:] ALLOWED. ~~The parties shall, by~~ This case is hereby STAYED until the parties report that the case is settled or that they request a lifting of the stay and