UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| KIERAN O'HARA, on behalf of himself and all other similarly situated individuals,<br><br>        Plaintiff,<br><br>vs.<br><br>DIAGEO-GUINNESS, USA, INC.; & DIAGEO NORTH AMERICA, INC.<br><br>        Defendants. | Civil Action No. 1:15-cv-14139-MLW<br><br>LEAVE TO FILE GRANTED ON March 15, 2021 (Docket No. 125) |

**DEFENDANTS DIAGEO BEER COMPANY USA, INC. & DIAGEO NORTH AMERICA, INC.'S NOTICE OF SUPPLEMENTAL AUTHORITY <u>IN FURTHER SUPPORT OF THEIR MOTION TO EXCLUDE</u>**

In support of their Motion to Exclude Plaintiff's Expert Stefan Boedeker (ECF No. 102), Diageo Beer Company USA, Inc. & Diageo North America, Inc. ("Defendants") respectfully submits the attached Order issued on September 11, 2020 in *MacDougall v. Am. Honda Motor Co., Inc.,* SACV171079JGBDFMX, 2020 WL 5583534 (C.D. Cal. Sept. 11, 2020).

In *MacDougall*, Plaintiff relied on an expert report submitted by Stefan Boedeker in support of their motion for class certification. Judge Bernal struck Mr. Boedeker's opinions. Defendants respectfully submit that Judge Bernal's decision in *MacDougall* supports their arguments in their Motion to Exclude and would be informative to the Court in its resolution of this issue.

\*\*\*

Dated: March 15, 2021					Respectfully,

/s/ *Jacob J. Struck*
Jacob J. Struck (BBO# 680197)
HUNTON ANDREWS KURTH LLP
60 State Street, Suite 2400
Boston, MA 02109
617-648-2751
JStruck@HuntonAK.com

Leslie Kostyshak (*Pro Hac Vice*)
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
202-778-2268
LKostyshak@HuntonAK.com

Samuel A. Danon (*Pro Hac Vice*)
HUNTON ANDREWS KURTH LLP
1111 Brickell Ave., Ste. 2500
Miami, FL 33131
305-810-2500
SDanon@HuntonAK.com

Euripides D. Dalmanieras (BBO# 650985)
FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
617-832-1000
EDalmani@foleyhoag.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2, I, Jacob J. Struck, hereby certify that this document filed through the ECF System on March 15, 2021 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Jacob J. Struck*
Jacob J. Struck

2