**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| KIERAN O'HARA, on behalf of himself and all other similarly situated individuals,<br><br>    Plaintiff,<br>v.<br>DIAGEO BEER COMPANY USA & DIAGEO NORTH AMERICA, INC.<br><br>    Defendants. | Case No. **15-14139** |

## NOTICE OF SETTLEMENT AND REQUEST FOR HEARING

Plaintiff, Kieran O'Hara, and Defendants, Diageo Beer Company USA and Diageo North America Inc., hereby jointly notify the Court that they have reached a settlement agreement in principle in this action, which resolves all matters pending before the Court.

Accordingly, the parties jointly request that all pending case matters and events be removed from the docket and that the Court schedule a hearing date in mid to late June 2021 for the joint Motion for Preliminary Approval of Class Action Settlement.

Further, the parties will jointly prepare and file said Motion for Preliminary Approval of Class Action Settlement on or before June 1, 2021.

\*\*\*

Respectfully,

| | |
|---|---|
| /s/ Michael Forrest | /s/ Jacob J. Struck |
| Michael C. Forrest, Esq. (BBO #68140) | Jacob J. Struck (BBO# 680197) |
| Kevin J. McCullough, Esq. (BBO #644480) | HUNTON ANDREWS KURTH LLP |
| FORREST, LAMOTHE, MAZOW, | 60 State Street, Suite 2400 |
| MCCULLOUGH, YASI & YASI, P.C. | Boston, MA 02109 |
| 2 Salem Green, Suite 2 | 617-648-2751 |
| Salem, MA 01970 | JStruck@huntonAK.com |
| (617) 231-7829 | |
| mforrest@forrestlamothe.com | Leslie Kostyshak (*Pro Hac Vice*) |
| kmccullough@forrestlamothe.com | HUNTON ANDREWS KURTH LLP |
| | 2200 Pennsylvania Avenue, NW |
| *Counsel for Plaintiff* | Washington, DC 20037 |
| | 202-778-2268 |
| | LKostyshak@HuntonAK.com |
| | |
| | Samuel A. Danon (*Pro Hac Vice*) |
| | HUNTON ANDREWS KURTH LLP |
| | 1111 Brickell Ave., Ste. 2500 |
| | Miami, FL 33131 |
| | 305-810-2500 |
| | sdanon@hunton.com |
| | |
| | *- and –* |
| | |
| | Euripides D. Dalmanieras |
| | (BBO# 650985) |
| | FOLEY HOAG LLP |
| | Seaport World Trade Center West |
| | 155 Seaport Boulevard |
| | Boston, MA  02210-2600 |
| | 617-832-1000 |
| | EDalmani@foleyhoag.com |
| | |
| | *Counsel for Defendants* |

Dated: April 19, 2021

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2, I, Jacob Struck, hereby certify that this document filed through the ECF System on April 19, 2021 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Jacob J. Struck*
Jacob J. Struck