UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KIERAN O'HARA, on behalf of himself and
all other similarly situated individuals,

    Plaintiff,

v.

DIAGEO BEER COMPANY USA & DIAGEO
NORTH AMERICA, INC.

    Defendants.

Case No. 15-14139

## NOTICE OF SETTLEMENT AND REQUEST FOR HEARING

Plaintiff, Kieran O'Hara, and Defendants, Diageo Beer Company USA and Diageo North America Inc., hereby jointly notify the Court that they have reached a settlement agreement in principle in this action, which resolves all matters pending before the Court.

Accordingly, the parties jointly request that all pending case matters and events be removed from the docket and that the Court schedule a hearing date in mid to late June 2021 for the joint Motion for Preliminary Approval of Class Action Settlement.

Further, the parties will jointly prepare and file said Motion for Preliminary Approval of Class Action Settlement on or before June 1, 2021.

\*\*\*

Allowed. A hearing on the motion for preliminary approval shall be held on June 9, 2021, at 2 p.m. The parties shall be familiar with the court's February 27, 2020 decision in Arkansas Teacher v. State St Bank, 2020 WL 949885, W.D.J. 4/21/[21]

[Marginal note, right side, vertical:] The stay is lifted by a duce (previously) the previous order.