# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIERAN O'HARA, on behalf of himself and all other similarly situated individuals,<br><br>　　Plaintiff,<br>v.<br>DIAGEO BEER COMPANY USA & DIAGEO NORTH AMERICA, INC.<br><br>　　Defendants. | Case No. **15-14139** |

## PLAINTIFF'S ASSENTED-TO MOTION FOR PRELIMINARY APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT

NOW comes Plaintiff, Kieran O'Hara ("O'Hara" or "Plaintiff") and hereby provides this memorandum in support of his *Assented-To Motion for Preliminary Approval of a Proposed Class Action Settlement*.

O'Hara has attached a memorandum of law in support of his Motion, and a copy of the *[Proposed] Settlement Agreement* ("Agreement") is attached thereto as **Exhibit A**.

WHEREFORE, for the reasons set forth in the attached and incorporated memorandum of law, Plaintiff respectfully requests that this Court enter an Order: (1) provisionally certifying the proposed settlement class under Rule 23 of the Federal Rules of Civil Procedure with respect to the claims brought against Defendants; (2) granting preliminary approval of the class Settlement Agreement; (3) appointing Plaintiff's Counsel as Class Counsel; (4) directing execution of the proposed Notice plan; (5) approving Kroll Settlement Administration as the Settlement Administrator; and (6) setting the final fairness hearing for a date.

Plaintiff by his Counsel,

/s/ *Kevin J. McCullough*

---

Kevin J. McCullough, Esq.
kmccullough@forrestlamothe.com
BBO# 644480
Forrest, Mazow, McCullough,
Yasi & Yasi, P.C.
877-599-8890

DATED: June 1, 2021

## CERTIFICATE OF SERVICE

I, Kevin J. McCullough, Esq., certify that on June 1, 2021, 2021 this document was filed electronically through the ECF system and thereby delivered by electronic means to all counsel of record.

/s/ *Kevin J. McCullough*
Kevin J. McCullough