UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIERAN O'HARA, on behalf of himself and all other similarly situated individuals,<br><br>         Plaintiff,<br>v.<br>DIAGEO BEER COMPANY USA & DIAGEO NORTH AMERICA, INC.<br><br>         Defendants. | Case No. **15-14139** |

### PLAINTIFF'S ASSENTED-TO MOTION FOR FINAL APPROVAL OF THE PROPOSED CLASS ACTION SETTLEMENT

NOW comes Plaintiff, Kieran O'Hara ("O'Hara" or "Plaintiff"), and hereby submits his *Assented-To Motion for Final Approval of a Proposed Class Action Settlement*. The terms of the Settlement were preliminarily approved by this Court on June 28, 2021. See, Docket No. 148. In support of his request for Final Approval, O'Hara provides herewith a memorandum of law.

WHEREFORE, for the reasons set forth in the incorporated memorandum of law, Plaintiff respectfully requests that this Honorable Court grant Final Approval of the proposed class action settlement agreement, and likewise enter the proposed order attached to the memorandum of law as **Exhibit B**.

Respectfully submitted,
Plaintiff by his Counsel,

/s/ *Kevin J. McCullough*
_____
Kevin J. McCullough, Esq.
kmccullough@forrestlamothe.com
BBO# 644480
Forrest, Mazow, McCullough,
Yasi & Yasi, P.C.
877-599-8890
DATED: September 27, 2021

## **CERTIFICATE OF SERVICE**

    I, Kevin J. McCullough, Esq., certify that on September 27, 2021, this document was filed electronically through the ECF system and thereby delivered by electronic means to all counsel of record.

                                                                     /s/ *Kevin J. McCullough*
                                                                     Kevin J. McCullough