UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIERAN O'HARA, on behalf of himself and all other similarly situated individuals,<br><br>   Plaintiff,<br><br>vs.<br><br>DIAGEO BEER COMPANY USA; & DIAGEO NORTH AMERICA, INC.<br><br>   Defendants. | Civil Action No. 1:15-cv-14139-MLW |

## JUDGMENT

The Court has entered its Final Approval Order of the Parties' Settlement. Accordingly, the claims of the Settlement Class, as defined in the First Revised Settlement Agreement and Release (ECF No. 147-2, ¶ 1.32), against Defendants Diageo Beer Company USA and Diageo North America, Inc. are hereby DISMISSED WITH PREJUDICE, and this Judgment shall issue consistent with Federal Rule of Civil Procedure 58.

SO ORDERED this __2nd__ day of __December__ 2021.

                 _____
                 The Honorable Mark L. Wolf
                 U.S. District Judge